UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN ARELLANO,

            Plaintiff,

   v.

CONCORD CA POLICE DEPARTMENT,

            Defendant.

Case No.  25-cv-03690-TSH

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

     Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable William H. Orrick for consideration of whether the case is related to *Arellano v. Becton*, 24-cv-02250-WHO.

     **IT IS SO ORDERED.**

Dated: May 5, 2025

THOMAS S. HIXSON
United States Magistrate Judge