UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ARELLANO,<br><br>              Plaintiff,<br><br>     v.<br><br>CONCORD CA POLICE DEPARTMENT,<br><br>              Defendant. | Case No. 25-cv-03690-WHO<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff's response to defendant's motion to dismiss was due on June 18, 2025. As of today's date, no opposition or other response has been filed.

Plaintiff is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. If plaintiff intends to proceed with this case he must respond to this OSC by filing an opposition or response to the motion to dismiss **on or before July 11, 2025**.

If plaintiff files an opposition or response by July 11, 2025, defendant may file a reply on or before July 18, 2025. The July 16, 2025 hearing is RESET to August 6, 2025.

**Failure to file an opposition or other response to the motion to dismiss by July 11, 2025 may result in dismissal of this case for failure to prosecute**. Fed. R. Civ. Proc. 41(b).

**IT IS SO ORDERED.**

Dated: June 27, 2025

William H. Orrick
United States District Judge