UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ARELLANO,<br><br>    Plaintiff,<br><br>    v.<br><br>CONCORD CA POLICE DEPARTMENT,<br><br>    Defendant. | Case No. 25-cv-03690-WHO<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 19 |

Pursuant to the Oder Denying Motion to Disqualify and Granting Motion to Dismiss, Judgment is accordingly entered.

Dated: July 23, 2025

Mark B. Busby, Clerk

By: Jean M. Davis, Deputy Clerk